### GIZZI v. PITTSBURG & L. E. R. CO.

(Circuit Court of Appeals, Third Circuit. December 20, 1907. Rehearing Denied January 6, 1908.)

#### No. 61.

WRIT OF ERROR—MATTERS REVIEWABLE—RULING ON MOTION FOR NEW TRIAL.
In the federal courts the ruling of a trial court on a motion for new trial is not reviewable.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 3, Appeal and Error, §§ 3860-3865.]

In Error to the Circuit Court of the United States for the Western District of Pennsylvania.

On motion for rehearing.

Wm. M. Stewart, Jr., for plaintiff in error.

Before DALLAS and GRAY, Circuit Judges, and CROSS, District Judge.

DALLAS, Circuit Judge. When this case was reached upon the call of the docket for the present term, the court, of its own motion, dismissed the writ of error, upon the ground that the specifications went only to the refusal of the court below to grant a new trial. Almost immediately after this had been done, the learned counsel for the plaintiff in error presented a petition for a reargument, which, in substance, asks us to reconsider the question whether a refusal to grant a new trial is reviewable in this court. We have several times held that it is not, and we adhere to that ruling. Myers v. Kessler, 142 Fed. 730, 74 C. C. A. 62.

A reargument is denied.